## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LNV Corporation, a Nevada corporation, | Court File No. 13-cv-1926 (JNE/LIB) |
| Plaintiff, | |
| v. | |
| Outsource Services Management, LLC, a Nevada limited liability company d/b/a Presidium Asset Solutions; and BF-Negev, LLC, a Minnesota limited liability company, | **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendants. | |

      Pursuant to Fed. R. Civ. P. 56(a), Defendants Outsource Services Management, LLC and BF-Negev, LLC hereby move the Court for an order granting partial summary judgment in Defendants' favor and dismissing Counts V, VI, VII, IX, X and XI of Plaintiff's Complaint.

      Defendants' Motion is based upon all the files, records and proceedings herein, including the memoranda of law, affidavits, and exhibits to be served and filed prior to the hearing, and such further evidence or argument as may be required or permitted by the Court.

|  |  |
|---|---|
|  | ANTHONY OSTLUND BAER & LOUWAGIE P.A. |
| Dated: June 30, 2014 | By: *s/ Aaron R. Hartman* <br> Aaron R. Hartman (#320195) <br> Philip J. Kaplan (#0389351) <br> 3600 Wells Fargo Center <br> 90 South Seventh Street <br> Minneapolis, MN 55402 <br> Telephone: (612) 349-6969 <br> Facsimile: (612) 349-6996 <br><br> ATTORNEYS FOR DEFENDANTS |